UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GLENN CALVIN DAMOND

VERSUS                              CIVIL ACTION NO.: 09-945-JVP-SCR

TAKIYAH SANDERS, ET AL

## JUDGMENT

For written reasons assigned and filed herein;

**IT IS ORDERED** that judgment is hereby entered in favor of defendants, Takiyah Sanders, Linda Ramsay, Steve Rader, Kenny Booty, Scott Brumfield, and Deal Graham, and against the plaintiff, Glenn Calvin Damond, and this action is hereby **DISMISSED**.

Baton Rouge, Louisiana, March 2nd, 2010.

---
JAMES J. BRADY
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA